05-CV-05780-ORD

Hon. Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| WINDY PAYNE, individually and as Guardian on Behalf of DYLAN PAYNE, a minor child,<br><br>Plaintiffs,<br><br>vs.<br><br>PENINSULA SCHOOL DISTRICT, a municipal corporation; ARTONDALE ELEMENTARY SCHOOL, a municipal corporation; JODI COY, in her individual and official capacity; JAMES COOLICAN, in his individual and official capacity; and JANE and JOHN DOES 1-10,<br><br>Defendants. | No. C05-5780RBL<br><br>ORDER |

THIS MATTER came before the Court on Monday, November 20, 2006, by way of conference call with counsel for both Plaintiffs and Defendants. On October 27, 2006, this Court, under the parties' stipulation (Dkt. 26), ordered production of certain documents that tend to identify minors who are not parties to this action. (Dkt. 27.) This Court required Defendants to notify each parent of a child who may be identified through discovery, and to produce the responsive documents after 10 days if no objection was received. Three of the four affected families were successfully notified, and no objection was received. As such, defendants turned over the requested documents by hand on November 9, 2006. A redacted

{5125468.DOC}
ORDER - 1
(W.D. Wash. Cause No. C05-5780RBL)

LEE·SMART·COOK·MARTIN & PATTERSON
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

version of all remaining documents were turned over to plaintiffs' counsel on October 26, 2006.

Defendants attempted to identify the fourth family at the last known address under the databases for Peninsula School District, but the correspondence came back undeliverable. The referenced family who has not been expressly identified has filed a declaration with the Court identifying themselves and their minor child. Defendants initiated this conference, requesting an order that they be required to disclose unredacted versions of the remaining documents (Bearing Bates Nos. PSD01757-78). The Court finds good cause to compel the Defendants to produce the unredacted versions of the documents.

IT IS THEREFORE ORDERED THAT:

Defendants shall produce to plaintiffs unredacted versions of Documents bearing Bates Nos. PSD0157-78. The Court's October 27, 2006 protective order applies to this disclosure.

DATED this 20th day of November, 2006.

_____
HONORABLE RONALD B. LEIGHTON
UNITED STATES DISTRICT COURT JUDGE

Presented by:

LEE SMART COOK MARTIN &
PATTERSON, P.S., INC.

By:_____/s/ Daniel G. Lloyd_____
   Michael A. Patterson, WSBA No. 7976
   Daniel G. Lloyd, WSBA No. 34221
   Of Attorneys for Defendants
   1800 One Convention Pl., 701 Pike St.
   Seattle, WA 98101-3929
   Telephone: (206) 624-7990
   Fax: (206) 624-5944
   map@leesmart.com;dgl@leesmart.com

{5125468 DOC}
ORDER - 2
(W.D. Wash. Cause No. C05-5780RBL)

LEE·SMART·COOK·MARTIN & PATTERSON
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944