UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 25 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| D.P., by and through his parent and natural guardian, W.P. and W.P. as an individual,<br><br>　　　　　Plaintiff - Appellant,<br><br>　v.<br><br>PENINSULA SCHOOL DISTRICT, a municipal corporation; et al.,<br><br>　　　　　Defendants - Appellees. | No. 07-35115<br><br>D.C. No. CV-05-05780-RBL<br>U.S. District Court for Western Washington, Tacoma<br><br>**MANDATE** |

　　　　The judgment of this Court, entered July 29, 2011, takes effect this date.

　　　　This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

　　　　　　　　　　　　　　　　　FOR THE COURT:
　　　　　　　　　　　　　　　　　Molly C. Dwyer
　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　Rhonda Roberts
　　　　　　　　　　　　　　　　　Deputy Clerk