HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WINDY PAYNE,<br><br>   Plaintiff,<br><br> v.<br><br>PENINSULA SCHOOL DISTRICT, et al,<br><br>   Defendant. | CASE NO. C05-5780RBL<br><br>ORDER DENYING MOTION FOR RECONSIDERATION |

THIS MATTER comes before the Court on Plaintiff's Motion for Reconsideration [Dkt. #142] of the Court's prior Order [Dkt. #140] filed on August 30, 2013. The Court has reviewed the motion.

Under Local Rule 7, Motions for Reconsideration are disfavored, and will ordinarily be denied absent a showing of manifest error, or a new factual or legal basis which could not have been raised earlier. Local Rule 7(h). This standard has not been met in this case, and the Court will not reconsider its prior filing.

The Court will accept the defendants' invitation to elaborate and clarify its prior opinion [Dkt. #140] by stating that the denial of qualified immunity was as a matter of law.

> The claim asserted here – for knowing and intentional affliction of excessive force is cognizable under the Fourth Amendment and

ORDER DENYING MOTION FOR
RECONSIDERATION - 1

1  exists separate and apart from the denial of a FAPE, irrespective of
the fact that the alleged excessive punishment took place in a
2  special education classroom.  *See*, e.g., *Preschooler II v. Clark
Cnty. Sch. Bd. Of Trs.*, 479 F.3d 1175, 1181-82 (9th Cir. 2007)
3  (holding that clearly established law under the Fourth Amendment
prohibits "excessive physical abuse of schoolchildren"); *Doe ex.
4  rel. Doe v. Haw. Dept. of Educ.*, 334 F.3d 906, 909 (9th Cir. 2003).

5  *Payne v. Peninsula School Dist., et al*, 653 F.3d 863, 880 (9th Cir. 2011) cert. denied, 132 U.S.

6  1540 (2012).

7       Viewed in the most favorable to the plaintiffs the evidence meets the definition of child

8  abuse.  The State of Washington has proscribed the very conduct alleged by plaintiffs.  *See*

9  former WAC 392-172-394 (in effect at the time in question).  There are serious issues of fact that

10  the Court cannot resolve in a summary proceeding.  The Court can and has ruled that if the facts

11  are proven as alleged by plaintiffs it is tantamount to child abuse which all reasonable citizens

12  clearly deplore, and the teacher would not be entitled to qualified immunity as a matter of law.

13       The Plaintiff's Motion for Reconsideration [Dkt. #142] is **DENIED**.

14       Dated this 19th day of September, 2013.

*(signature)*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER DENYING MOTION FOR
RECONSIDERATION - 2