**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

OCT 15 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| WINDY PAYNE, individually and as guardian on behalf of D.P., a minor child,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>PENINSULA SCHOOL DISTRICT,<br><br>Defendant,<br><br>And<br><br>JODI COY,<br><br>Defendant - Appellant. | No. 13-35921<br><br>D.C. No. 3:05-cv-05780-RBL<br>Western District of Washington, Tacoma<br><br>ORDER |

The appellee's motion to motion to expedite is granted.

The briefing schedule is amended as follows. The opening brief is due November 29, 2013. The answering brief is due December 30, 2013. The optional reply brief is due within 14 days after service of the answering brief.

This case shall be calendared as soon as possible.

Any motion for an extension of time to file a brief is disfavored, and any request must be made under Ninth Circuit Rule 31-2.2(b).

    For the Court:

    MOLLY C. DWYER
    Clerk of Court

    Grace Santos
    Deputy Clerk
    Ninth Circuit Rule 27-7/Advisory Note to Rule 27
      and Ninth Circuit 27-10

GS   10/14/2013/Pro Mo