THE HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WINDY PAYNE, individually, and as Guardian on Behalf of DYLAN PAYNE, a minor child,<br><br>Plaintiffs,<br><br>v.<br><br>PENINSULA SCHOOL DISTRICT, a municipal corporation; ARTONDALE ELEMENTARY SCHOOL, a municipal corporation; JODI COY, in her individual and official capacity; JAMES COOLICAN, in his individual and official capacity; and JANE and JOHN DOES 1-10,<br><br>Defendants. | NO. 3:05-CV-05780-RBL<br><br>ORDER APPROVING SGAL REPORT AND ITS RECOMMENDATIONS |

**THIS MATTER** having come before the Court and the Court having considered the following:

1. Report of Court appointed SGAL;

2. Nature of the Case: Negligent Supervision of minor student

3. Summary of Evaluation as set forth below;

**Proposed Settlement: $192,500.00**

The breakdown of said funds is as follows:

ORDER APPROVING SGAL REPORT
AND ITS RECOMMENDATIONS

1

| | |
|---|---|
| Attorneys' Fees | $77,000.00 |
| Litigation Costs | $41,367.11 |
| Josh Brothers' Fee for Trust | $2,000.00 to $2,500.00 |
| SGAL Fee | Capped at $1,327.50 |
| Total Settlement | $70,305.30 to $70,805.99 |
| 90% to D.P. | $63,274.80 to $63,724.85 |
| 10% to Windy Payne | $7,031.14 to 7,080.54 |

4. The recommendations of SGAL DeCosta concerning a Special Needs Trust.

5. The files and records herein.

6. Any opposition filed in this matter.

And the Court otherwise deeming itself fully advised, it is:

**ORDERED**, **ADJUDGED**, **AND DECREED** that

1. That the minor's recovery, which represents 90% of the net proceeds, be placed in a special needs trust as more fully described in the SGAL report by Virginia DeCosta and distributed at the age of majority.

2. The costs of the trust preparation are approved as set forth in the SGAL report.

3. The SGAL's fees are approved as set forth above.

4. Given the procedural history of the case, the plaintiff's attorneys' fees of 40% are approved. The attorneys are authorized to distribute funds as indicated above and in the SGAL report, including fees and costs.

5. Plaintiff Windy Payne is authorized to finalize any settlement documents on behalf of her son, in accordance with this Order.

ORDER APPROVING SGAL REPORT
AND ITS RECOMMENDATIONS

2

PFAU COCHRAN VERTETIS AMALA
911 Pacific Ave Suite 200
Tacoma, WA 98405
PHONE: (206) 462-4334
FACSIMILE: (206) 623-3624

6. Upon entry of this order, the defendant shall forward payment as outlined in the settlement agreement.

SIGNED IN OPEN COURT this 12th day of October, 2016.

_____
Ronald B. Leighton
United States District Judge

Presented by:
PFAU COCHRAN VERTETIS AMALA, PLLC



By */s/Thomas B. Vertetis*
Thomas B. Vertetis, WSBA No. 29805
tom@pcvalaw.com
Attorneys for Plaintiff

ORDER APPROVING SGAL REPORT
AND ITS RECOMMENDATIONS

3

PFAU COCHRAN VERTETIS AMALA
911 Pacific Ave Suite 200
Tacoma, WA 98405
PHONE: (206) 462-4334
FACSIMILE: (206) 623-3624